# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128763

CRANBROOK PROFESSIONAL BUILDING,
L.L.C.,
      Plaintiff-Counterdefendant-
      Appellant,

v

                                  SC: 128763
                                  COA: 251422
                                  Oakland CC: 1999-015521-CK

WILLIAM POURCHO, D.D.S.,
           Defendant-Counterplaintiff/
           Third-Party Plaintiff-Appellee,

and

GLENN SPENCER, D.D.S.,
           Third-Party Defendant-Appellant.
_____/

On order of the Court, the application for leave to appeal the February 22, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

_____
Clerk

d1024